**ORDERED ACCORDINGLY.**



# TIFFANY & BOSCO
### P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

**Dated: March 05, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-67823

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

David Caswell Maudsley and Christina Marie
Maudsley
Debtors.
_____

US Bank Home Mortgage

            Movant,
        vs.

David Caswell Maudsley and Christina Marie
Maudsley, Debtors; Russell A. Brown, Trustee.

            Respondents.

No. 2:08-bk-14962-GBN

Chapter 13

ORDER APPROVING
STIPULATION FOR REMOVAL
OF BANKRUPTCY STAY

        IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a),

are hereby vacated effective immediately with respect to the real property which is the subject of the

Deed of Trust recorded , at Recorders No. , in the records of the Maricopa County, Arizona Recorder's

Office, wherein David Caswell Maudsley and Christina Marie Maudsley, are designated as trustors and US Bank Home Mortgage is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

Lot 3, VALENCIA, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, in Book 417 of Maps, Page 26.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that Movant may proceed to protect its interest solely against the real property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

…

…

…

…

…

…

…

…

…

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this _____ day of _____, 2010.


_____
UNITED STATES BANKRUPTCY JUDGE